# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

CAROL JONES,  **Civil File No. 08-2626-JAR-DJW**

    Plaintiff,

vs.  **NOTICE OF DISMISSAL WITH PREJUDICE**

CAPITAL RECOVERY ASSOCIATES, INC.,

    Defendant.

**NOTICE IS HEREBY GIVEN** that, pursuant to Fed. R. Civ. P. 41(a)(1)(i), the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.

Dated:  _03/17/09_

    /s/ J. Mark Meinhardt
J. Mark Meinhardt #20245
4707 College Boulevard, Suite 100
Leawood, KS 66211
913-451-6163
Fax 913-451-6163